# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

TONY HENDRIX,

    Plaintiff,

v.

ELIXIR DOOR AND METALS COMPANY,

    Defendant.

No. 2:22-CV-144

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 30, wherein they notify the Court that Plaintiff voluntarily dismisses two of the claims asserted in his complaint, namely his claims for intentional infliction of emotional distress and damage to reputation.  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, Plaintiff's claims for intentional infliction of emotional distress and damage to reputation are **DISMISSED without prejudice**.  Each party shall bear its own fees and costs.  All other claims remain pending.

    **SO ORDERED**, this  16  day of August, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA